

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABER SAFINEJAD,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE; DANIEL A. BRIGHTMAN; TODD LYONS; KRISTI NOEM; and PAMELA BONDI,<br><br>                                    Respondents. | Case No.: 26-cv-531-JES-AHG<br><br>**ORDER SETTING BRIEFING SCHEDULE REGARDING MOTION TO ENFORCE JUDGMENT** |

On January 28, 2026, Petitioner Saber Safinejad ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. After briefing by the parties, the Court granted the petition and ordered Respondents to provide Petitioner with a bond hearing where the "government bears the burden of establishing by clear and convincing evidence that Petitioner is a danger to the community or a flight risk if released." ECF No. 7 at 7. On February 5, 2026, Respondents filed a Notice of Compliance, indicating that a timely bond hearing was held where Petitioner was denied bond because he was found to be a flight risk. ECF No. 9. On March 6, 2026, Petitioner filed the currently pending motion to enforce the judgment, arguing that the bond hearing he was provided did not comply with this Court's previous order. ECF No. 10.

The Court **ORDERS** Respondents to file a response to this motion by no later than **March 16, 2026**. Petitioner shall file a reply by no later than **March 23, 2026**.

**IT IS SO ORDERED.**

Dated: March 9, 2026

Honorable James E. Simmons Jr.
United States District Judge

2

26-cv-531-JES-AHG